NOT  DESIGNATED  FOR  PUBLICATION

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Brian D. Calvit
Law Office of Brian D. Calvit
7920 Wrenwood Blvd, Ste F
Baton Rouge LA 70809

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 26, 2022

## REHEARING ACTION: January 26, 2022

**Docket Number: 20   00635-WCA**

**MICHAEL MCCALLON**
**VERSUS**
**KEY ENERGY SERVICES**

**Appealed from Office of Workers' Compensation - # 4 Case No. 15-06127**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. Van H. Kyzar**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael McCallon** has this day been

    **DENIED.**

cc: Michael Edward Parker, Counsel for the Appellee